IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:14-cv-00250-FL

| | |
|---|---|
| RLM COMMUNICATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| AMY E. TUSCHEN and ESCIENCE AND ) | |
| TECHNOLOGY SOLUTIONS, INC., ) | |
| ) | |
| Defendants. ) | |

For good cause shown, pursuant to Fed. R. Civ. P. 6(b)(1) and Local Civil Rule 6.1, the Court hereby extends the deadline for the parties to complete mediation from up to and including August 11, 2014.

SO ORDERED, this the 25th day of July, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge