EXHIBIT

1

# WILLIAMS MULLEN

NORTH CAROLINA • VIRGINIA • WASHINGTON, D.C.

ESCIENCE AND TECHNOLOGY SOLUTIONS, INC.  JUNE 12, 2014
Client: 068653  Invoice No: 865534
Matter: 0001

| DATE | DESCRIPTION | TASK | ATTY | HOURS | AMOUNT |
|------|-------------|------|------|-------|--------|

REDACTED

| DATE | DESCRIPTION | TASK | ATTY | HOURS | AMOUNT |
|------|-------------|------|------|-------|--------|
| 05/12/14 | Reply to A. Tuschen and T. McAvoy. | L120 | MCL | 0.10 | $42.50 |
| 05/12/14 | Request draft discovery. | L260 | MCL | 0.10 | $42.50 |
| 05/12/14 | Renew request for deposition dates based on latest availability. | L330 | MCL | 0.30 | $127.50 |
| 05/13/14 | Work on discovery requests. | L310 | MCL | 0.20 | $85.00 |
| 05/14/14 | Calendar specific dates. | L140 | MCL | 0.10 | $42.50 |
| 05/14/14 | Attention to new pleadings entered on Court's docket. | L210 | MCL | 0.20 | $85.00 |
| 05/14/14 | Analyzed Case Management Order and draft | L210 | MCL | 0.40 | $170.00 |

# WILLIAMS MULLEN

ESCIENCE AND TECHNOLOGY SOLUTIONS, INC.  JUNE 12, 2014
Client: 068653                                                             Invoice No: 865534
Matter: 0001

| DATE | DESCRIPTION | TASK | ATTY | HOURS | AMOUNT |
|------|-------------|------|------|-------|--------|
| | summary. | | | | |
| 05/14/14 | Analyzed Preliminary Injunction and draft summary. | L210 | MCL | 0.40 | $170.00 |
| 05/15/14 | Telephone conference with T. McAvoy about case status and deposition availability. | L120 | MCL | 0.20 | $85.00 |
| 05/15/14 | Reply to A. Tuschen about scope of preliminary injunction and scheduling issues. | L220 | MCL | 0.40 | $170.00 |
| 05/15/14 | Finalize discovery in light of Case Management Order. | L310 | MCL | 0.50 | $212.50 |
| 05/16/14 | Attention to deposition schedule and logistics. | L330 | MCL | 0.20 | $85.00 |
| 05/17/14 | Advise company representatives of document requests after review of them. | L110 | MCL | 0.50 | $212.50 |
| 05/18/14 | Reply to A. Tuschen about discovery requests and deposition questions. | L310 | MCL | 0.10 | $42.50 |
| 05/18/14 | Serve defendants' request for documents. | L310 | MCL | 0.10 | $42.50 |
| 05/18/14 | Draft response to plaintiff's counsel about deposition logistics. | L330 | MCL | 0.20 | $85.00 |
| 05/19/14 | Telephone conference with A. Tuschen and A. Dunnavant about scope of document requests. | L110 | MCL | 0.60 | $255.00 |
| 05/19/14 | Draft response to RLM's document requests and circulate for comment. | L320 | MCL | 1.50 | $637.50 |
| 05/19/14 | Serve deposition notices and reply to A. Tuschen. | L330 | MCL | 0.10 | $42.50 |
| 05/20/14 | Coordinate production with A. Tuschen. | L320 | MCL | 0.20 | $85.00 |
| 05/20/14 | Reply to plaintiff's counsel about production. | L320 | MCL | 0.30 | $127.50 |

# WILLIAMS MULLEN

ESCIENCE AND TECHNOLOGY SOLUTIONS, INC.  JUNE 12, 2014
Client: 068653                            Invoice No: 865534
Matter: 0001

| DATE | DESCRIPTION | TASK | ATTY | HOURS | AMOUNT |
|------|-------------|------|------|-------|--------|
| 05/20/14 | Attention to notice of A. Tuschen's deposition and circulate pleading/ | L330 | MCL | 0.10 | $42.50 |
| 05/20/14 | Deposition preparation of A. Tuschen and T. McAvoy. | L330 | MCL | 2.00 | $850.00 |
| 05/21/14 | Met with A. Tuschen to discuss document production and deposition. | L320 | MCL | 0.50 | $212.50 |
| 05/21/14 | Reviewed document production with A. Tuschen and deposition testimony. | L320 | MCL | 2.00 | $850.00 |
| 05/21/14 | Complete production with assistance of A. Tuschen. | L320 | MCL | 1.10 | $467.50 |
| 05/21/14 | Represented defendants at Tuschen deposition. | L330 | MCL | 3.70 | $1,572.50 |
| 05/21/14 | Telephone conference with T. McAvoy about deposition. | L330 | MCL | 0.20 | $85.00 |
| 05/21/14 | Address tardy Rule 30(b)(6) notice. | L350 | MCL | 0.50 | $212.50 |
| 05/22/14 | Email correspondence about Tuschen deposition testimony and overlooked email chain for production. | L110 | MCL | 0.20 | $85.00 |
| 05/22/14 | Discuss case status with T. McAvoy. | L120 | MCL | 0.40 | $170.00 |
| 05/22/14 | Email correspondence about deposition and mediation. | L120 | MCL | 0.30 | $127.50 |
| 05/22/14 | Email correspondence about deposition. | L330 | MCL | 0.40 | $170.00 |
| 05/23/14 | Forward email chain about deposition and plaintiff's production. | L110 | MCL | 0.10 | $42.50 |
| 05/23/14 | Respond to email correspondence. | L110 | MCL | 0.40 | $170.00 |
| 05/23/14 | Met with T. McAvoy in advance of deposition. | L120 | MCL | 1.50 | $637.50 |

# WILLIAMS MULLEN

ESCIENCE AND TECHNOLOGY SOLUTIONS, INC.  JUNE 12, 2014
Client: 068653                                         Invoice No: 865534
Matter: 0001

| DATE | DESCRIPTION | TASK | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/23/14 | Debrief with T. McAvoy following deposition. | L120 | MCL | 0.40 | $170.00 |
| 05/23/14 | Defended McAvoy deposition. | L330 | MCL | 3.60 | $1,530.00 |
| 05/25/14 | Read emails from A. Dunnavant with publicly-available RLM information. | L110 | MCL | 0.20 | $85.00 |
| 05/25/14 | Reply to plaintiff about deposition schedule and read other email from plaintiff's counsel. | L120 | MCL | 0.10 | $42.50 |
| 05/27/14 | Status update email to plaintiff's counsel. | L110 | MCL | 0.30 | $127.50 |
| 05/27/14 | Work on deposition outline of plaintiff. | L110 | MCL | 4.20 | $1,785.00 |
| 05/27/14 | Review initial production by plaintiff. | L110 | MCL | 0.40 | $170.00 |
| 05/27/14 | Review information on rule requiring contract incumbent to offer employees right of first refusal. | L110 | MCL | 0.20 | $85.00 |
| 05/27/14 | Telephone conference with T. McAvoy and A. Dunnavant about open issues. | L120 | MCL | 0.20 | $85.00 |
| 05/27/14 | Email correspondence about deposition questions and setting follow-up call. | L120 | MCL | 0.10 | $42.50 |
| 05/27/14 | Reviewed proposed protective order. | L120 | MCL | 0.20 | $85.00 |
| 05/27/14 | Redlined proposed protective order. | L120 | MCL | 0.30 | $127.50 |
| 05/27/14 | Telephone conference with M. McAvoy and A. Dunnavant about deposition questions. | L120 | MCL | 0.50 | $212.50 |
| 05/28/14 | Work on informal response to document | L110 | MCL | 0.90 | $382.50 |

ESCIENCE AND TECHNOLOGY SOLUTIONS, INC.  JUNE 12, 2014
Client: 068653  Invoice No: 865534
Matter: 0001

| DATE | DESCRIPTION | TASK | ATTY | HOURS | AMOUNT |
|------|-------------|------|------|-------|--------|
| | requests addressed to eSTS. | | | | |
| 05/28/14 | Conference with A. Dunnavant. | L110 | MCL | 0.10 | $42.50 |
| 05/28/14 | Prepare for Rule 30(b)(6) deposition. | L120 | MCL | 1.50 | $637.50 |
| 05/28/14 | Debrief with A. Dunnavant post-deposition. | L120 | MCL | 0.10 | $42.50 |
| 05/28/14 | Telephone conference with T. McAvoy about deposition testimony and other live issues. | L120 | MCL | 0.30 | $127.50 |
| 05/28/14 | Finalize and serve discovery responses. | L310 | MCL | 0.20 | $85.00 |
| 05/28/14 | Depose plaintiff's representative. | L330 | MCL | 5.40 | $2,295.00 |
| | deficiencies. | | | | |
| 05/30/14 | Telephone conference with T. McAvoy about issued solicitation. | L110 | MCL | 0.10 | $42.50 |
| | responses. | | | | |
| 05/30/14 | Telephone conferences with T. McAvoy and A. Dunnavant about results of hearing and | L120 | MCL | 0.40 | $170.00 |

# WILLIAMS MULLEN

ESCIENCE AND TECHNOLOGY SOLUTIONS, INC.  
Client: 068653  
Matter: 0001

JUNE 12, 2014  
Invoice No: 865534

| DATE | DESCRIPTION | TASK | ATTY | HOURS | AMOUNT |
|------|-------------|------|------|-------|--------|
| | supplemental discovery production. | | | | |
| 05/30/14 | Direct and guide C. Powell in supplemental production. | L120 | MCL | 0.30 | $127.50 |
| 05/30/14 | Dictate response to plaintiff's motion that had been referred to Judge Flannagan. | L120 | MCL | 0.10 | $42.50 |
| 05/30/14 | Reply to plaintiff's counsel about numerous open issues and breach of confidentiality. | L120 | MCL | 0.40 | $170.00 |
| 05/30/14 | Draft, file and serve motion to compel. | L210 | MCL | 4.60 | $1,955.00 |
| 05/30/14 | Represent defendants' interests during court | L230 | MCL | 1.40 | $595.00 |
| 05/31/14 | Gather authorities for use in objection to plaintiff's motion to extend discovery. | L110 | MCL | 1.30 | $552.50 |
| 05/31/14 | Request Court Reporter to correct McAvoy deposition transcript. | L120 | MCL | 0.10 | $42.50 |
| 05/31/14 | Analyzed pleadings recently filed in case. | L120 | MCL | 0.30 | $127.50 |
| 05/31/14 | Draft supplemental discovery response to address plaintiff's complaints and prepare responsive documents for production. | L310 | MCL | 0.60 | $255.00 |

# WILLIAMS MULLEN

NORTH CAROLINA  •  VIRGINIA  •  WASHINGTON, D.C.

ESCIENCE AND TECHNOLOGY SOLUTIONS, INC.      JULY 11, 2014
Client: 068653      Invoice No: 868797
Matter: 0001

FOR PROFESSIONAL SERVICES RENDERED

## ITEMIZED SERVICES BILL

| DATE | DESCRIPTION | TASK | ATTY | HOURS | AMOUNT |
|------|-------------|------|------|-------|--------|
| 06/01/14 | Draft response to plaintiff's motion to extend the discovery period to depose A. Dunnavant. | L210 | MCL | 3.40 | $1,445.00 |
| 06/02/14 | Organize file following depositions and hearing. | L120 | MCL | 0.20 | $85.00 |
| 06/02/14 | Email correspondence about supplemental production and response brief. | L120 | MCL | 0.20 | $85.00 |
| 06/02/14 | Analyzed Court action and advise company representatives of development. | L120 | MCL | 0.30 | $127.50 |
| 06/02/14 | Email correspondence about plaintiff's overdue production. | L120 | MCL | 0.10 | $42.50 |
| 06/02/14 | Finalize brief in opposition to plaintiff's motion to extend discovery period. | L210 | MCL | 1.90 | $807.50 |
| 06/02/14 | Finalize discovery supplementation and serve on plaintiff. | L310 | MCL | 0.60 | $255.00 |
| 06/03/14 | Work on Tuschen Declaration. | L210 | MCL | 1.60 | $680.00 |
| 06/03/14 | Work on Dunnavant Declaration. | L210 | MCL | 0.40 | $170.00 |
| 06/03/14 | Work on McAvoy Declaration. | L210 | MCL | 0.60 | $255.00 |
| 06/04/14 | Email correspondence about draft declarations. | L120 | MCL | 0.10 | $42.50 |

Page 3

# WILLIAMS MULLEN

NORTH CAROLINA • VIRGINIA • WASHINGTON, D.C.

ESCIENCE AND TECHNOLOGY SOLUTIONS, INC.  
Client: 068653  
Matter: 0001

JULY 11, 2014  
Invoice No: 868797

| DATE | DESCRIPTION | TASK | ATTY | HOURS | AMOUNT |
|------|-------------|------|------|-------|--------|
| 06/04/14 | Advise Case Manager of plaintiff's failure to produce documents as agreed during previous Court Hearing | L120 | MCL | 0.20 | $85.00 |
| 06/04/14 | Review revised drafts of Tuschen and McAvoy Declarations. | L120 | MCL | 0.30 | $127.50 |
| 06/04/14 | Telephone conference with T. McAvoy about draft declaration and bid status. | L120 | MCL | 0.30 | $127.50 |
| 06/04/14 | | | | | |
| 06/04/14 | Work on brief in support of summary judgment motion and in opposition to permanent injunction. | L210 | MCL | 2.90 | $1,232.50 |
| 06/05/14 | Email correspondence about discovery dispute and slide deck of gate review. | L120 | MCL | 0.10 | $42.50 |
| 06/05/14 | Work on supporting brief/sections of conversion and tortious interference. | L120 | MCL | 1.70 | $722.50 |
| 06/05/14 | Quick review of state court and federal court pleadings in a different lawsuit filed by plaintiff against D. Glover | L120 | MCL | 0.30 | $127.50 |
| 06/05/14 | Update Company representatives on development and ask for assistance. | L120 | MCL | 0.10 | $42.50 |
| 06/05/14 | Met and conferred with plaintiff's counsel about withheld production | L120 | MCL | 0.50 | $212.50 |
| 06/05/14 | Email correspondence about plaintiff's public disclosure of subcontract. | L120 | MCL | 0.10 | $42.50 |
| 06/06/14 | Plan and participate in telephone conference about RLM subcontract and discovery dispute. | L110 | MCL | 0.50 | $212.50 |

# WILLIAMS MULLEN

NORTH CAROLINA • VIRGINIA • WASHINGTON, D.C.

ESCIENCE AND TECHNOLOGY SOLUTIONS, INC.      JULY 11, 2014
Client: 068653                               Invoice No: 868797
Matter: 0001

| DATE | DESCRIPTION | TASK | ATTY | HOURS | AMOUNT |
|------|-------------|------|------|-------|--------|
| 06/06/14 | Attention to recent filings in Glover action. | L110 | MCL | 0.20 | $85.00 |
| 06/06/14 | Direct C. Powell to calculate costs involved in motion to compel. | L120 | MCL | 0.10 | $42.50 |
| 06/08/14 | Reviewed NAICS Code Appeal. | L120 | MCL | 0.20 | $85.00 |
| 06/08/14 | Read docket entries on both Glover and eSTS cases and advise Company representatives of developments. | L120 | MCL | 0.20 | $85.00 |
| 06/12/14 | Read NAICS appeal materials. | L110 | MCL | 0.10 | $42.50 |
| 06/12/14 | Formally reply to plaintiff's offer to settle discovery dispute. | L120 | MCL | 0.70 | $297.50 |
| 06/12/14 | Provide plaintiff's counsel with comments on proposed protective order. | L120 | MCL | 0.40 | $170.00 |
| 06/12/14 | Reply to T. McAvoy with latest revision of plaintiff's written discovery responses. | L120 | MCL | 0.10 | $42.50 |
| 06/13/14 | Analyze RLM's response in opposition to motion to compel. | L120 | MCL | 0.40 | $170.00 |
| 06/13/14 | Circulate RLM's brief under cover email message. | L120 | MCL | 0.10 | $42.50 |
| 06/13/14 | Review plaintiff's proposed settlement of pending motions and protective order filed. | L120 | MCL | 0.20 | $85.00 |
| 06/13/14 | Alert Company representatives of developments. | L120 | MCL | 0.10 | $42.50 |
| 06/16/14 | Clear security and met with counsel and T. McAvoy. | L120 | MCL | 0.40 | $170.00 |
| 06/16/14 | Debrief of T. McAvoy. | L120 | MCL | 0.20 | $85.00 |
| 06/16/14 | Work on draft orders. | L210 | MCL | 1.60 | $680.00 |

# WILLIAMS MULLEN

NORTH CAROLINA • VIRGINIA • WASHINGTON, D.C.

ESCIENCE AND TECHNOLOGY SOLUTIONS, INC.          JULY 11, 2014
Client: 068653                                   Invoice No: 868797
Matter: 0001

| DATE | DESCRIPTION | TASK | ATTY | HOURS | AMOUNT |
|------|-------------|------|------|-------|--------|
| 06/16/14 | Prosecute motion to compel and defend motion to extend discovery period. | L230 | MCL | 1.10 | $467.50 |
| 06/16/14 | Travel. | L230 | MCL | 1.00 | $425.00 |
| 06/16/14 | Review imaged documents on CDs and direct production into notebook. | L320 | MCL | 0.20 | $85.00 |
| 06/16/14 | Initial review of certain categories of hardcopy documents. | L320 | MCL | 0.20 | $85.00 |
| 06/16/14 | Prepare for oral argument of pending motions and review plaintiff's initial production. | L350 | MCL | 1.10 | $467.50 |
| 06/17/14 | Email request about Tuschen deposition and mediation dates. | L120 | MCL | 0.10 | $42.50 |
| 06/17/14 | Work on draft Declaration. | L120 | MCL | 0.40 | $170.00 |
| 06/17/14 | Telephone conference with T. McAvoy about scheduling mediation. | L120 | MCL | 0.10 | $42.50 |
| 06/17/14 | Complete draft orders. | L210 | MCL | 0.70 | $297.50 |
| 06/18/14 | Complete Declaration. | L210 | MCL | 0.30 | $127.50 |
| 06/19/14 | Address continuation depositions. | L120 | MCL | 0.20 | $85.00 |
| 06/19/14 | Forward McAvoy deposition transcript and direct C. Powell to correct caption. | L120 | MCL | 0.10 | $42.50 |
| 06/19/14 | Guidance to A. Tuschen for second round of deposition. | L120 | MCL | 0.20 | $85.00 |
| 06/19/14 | Prepare outline of RLM deposition. | L120 | MCL | 0.80 | $340.00 |
| 06/20/14 | Telephone conference with Glover's attorney about RLM's approach in that litigation. | L110 | MCL | 0.40 | $170.00 |
| 06/20/14 | Email correspondence about Case | L120 | MCL | 0.10 | $42.50 |

# WILLIAMS MULLEN

NORTH CAROLINA • VIRGINIA • WASHINGTON, D.C.

ESCIENCE AND TECHNOLOGY SOLUTIONS, INC.  JULY 11, 2014
Client: 068653                                                      Invoice No: 868797
Matter: 0001

| DATE | DESCRIPTION | TASK | ATTY | HOURS | AMOUNT |
|------|-------------|------|------|-------|--------|
| | Management Order and McAvoy deposition transcript. | | | | |
| 06/20/14 | Debrief with A. Tuschen about testimony and next steps on summary judgment process. | L120 | MCL | 0.30 | $127.50 |
| 06/20/14 | Review demand letter and related email message about proposed order on motion to compel. | L120 | MCL | 0.10 | $42.50 |
| 06/20/14 | Reply to plaintiff about challenges to proposed order. | L120 | MCL | 0.50 | $212.50 |
| 06/20/14 | Email correspondence about mediation date. | L120 | MCL | 0.10 | $42.50 |
| 06/20/14 | Defend Tuschen deposition to its conclusion. | L320 | MCL | 2.10 | $892.50 |
| 06/20/14 | Complete deposition of RLM representative. | L330 | MCL | 1.40 | $595.00 |
| 06/22/14 | Work on draft brief including sections on unjust enrichment, trade secrets and civil conspiracy. | L210 | MCL | 2.50 | $1,062.50 |
| 06/23/14 | Review pleadings and evaluate them under cover email message. | L120 | MCL | 0.30 | $127.50 |
| 06/23/14 | Address Tuschen, McAvoy and RLM deposition transcripts. | L120 | MCL | 0.20 | $85.00 |
| 06/23/14 | Incorporate complaint citations into draft brief. | L210 | MCL | 0.20 | $85.00 |
| 06/24/14 | Work on legal argument addressing remaining causes of action asserted by RLM. | L110 | MCL | 3.70 | $1,572.50 |
| 06/24/14 | Telephone conference with T. McAvoy about deposition testimony. | L120 | MCL | 0.70 | $297.50 |
| 06/24/14 | Telephone conference with T. McAvoy about | L120 | MCL | 0.20 | $85.00 |

# WILLIAMS MULLEN

NORTH CAROLINA • VIRGINIA • WASHINGTON, D.C.

ESCIENCE AND TECHNOLOGY SOLUTIONS, INC.          JULY 11, 2014
Client: 068653                                   Invoice No: 868797
Matter: 0001

| DATE | DESCRIPTION | TASK | ATTY | HOURS | AMOUNT |
|------|-------------|------|------|-------|--------|
| | deposition testimony. | | | | |
| 06/25/14 | Complete initial draft of brief and circulate for comment. | L210 | MCL | 3.20 | $1,360.00 |
| 06/25/14 | Revisions to brief, incorporation of deposition cites and company edits. | L210 | MCL | 2.50 | $1,062.50 |
| 06/26/14 | Complete and circulate near-final version of brief and supporting declarations. | L120 | MCL | 2.40 | $1,020.00 |
| 06/26/14 | Email correspondence with plaintiff's counsel about classification of McAvoy deposition and sealing of confidential information before court filing. | L120 | MCL | 0.20 | $85.00 |
| 06/27/14 | Check validity of authorities cited in brief. | L110 | MCL | 0.60 | $255.00 |
| 06/27/14 | Reply to plaintiff's counsel about sealing summary judgment materials. | L120 | MCL | 0.30 | $127.50 |
| 06/27/14 | Check on pleadings. | L120 | MCL | 0.30 | $127.50 |
| 06/27/14 | Finalize brief incorporating suggestions from company. | L210 | MCL | 1.10 | $467.50 |
| 06/27/14 | Finalize exhibits for filing. | L210 | MCL | 0.30 | $127.50 |
| 06/27/14 | Work on finalizing McAvoy Declaration. | L210 | MCL | 0.20 | $85.00 |
| 06/27/14 | Research for Mr. Lord - shepardized brief; retrieved copy of two orders in Pompey v. Leggett & Platt; got Lexis cites for 3 WL cites and shepardized. | L520 | CVL | 0.50 | $75.00 |

# WILLIAMS MULLEN

NORTH CAROLINA • VIRGINIA • WASHINGTON, D.C.

ESCIENCE AND TECHNOLOGY SOLUTIONS, INC.          AUGUST 11, 2014
Client: 068653                                   Invoice No: 872038
Matter: 0001

FOR PROFESSIONAL SERVICES RENDERED

## ITEMIZED SERVICES BILL

| DATE | DESCRIPTION | TASK | ATTY | HOURS | AMOUNT |
|------|-------------|------|------|-------|--------|
| 07/01/14 | Read notices from court on RLM's filings and gave direction to C. Powell on circulating them and filing pleadings. | L120 | MCL | 0.20 | $85.00 |
| 07/01/14 | Reply to plaintiff's counsel on motion to seal and update company representatives. | L120 | MCL | 0.20 | $85.00 |
| 07/05/14 | Analyze plaintiff's opening brief. | L120 | MCL | 1.50 | $637.50 |
| 07/05/14 | Review A. Tuschen's comments to brief, Yelverton statement and status of NAICS appeal. | L120 | MCL | 0.40 | $170.00 |
| 07/05/14 | Draft Yelverton Declaration. | L120 | MCL | 0.40 | $170.00 |
| 07/07/14 | Review motions filed by RLM related to sealing discovery materials and reviewed filed affidavits. | L120 | MCL | 0.50 | $212.50 |
| 07/07/14 | Circulate draft Yelverton Declaration under cover email message addressing RLM's summary judgment brief. | L120 | MCL | 0.30 | $127.50 |
| 07/08/14 | Reply to A. Tuschen after brief review of Terry Declaration. | L120 | MCL | 0.10 | $42.50 |
| 07/08/14 | Email correspondence and telephone conference about mediation. | L120 | MCL | 0.20 | $85.00 |
| 07/08/14 | Work on Second Tuschen Declaration. | L210 | MCL | 1.70 | $722.50 |
| 07/09/14 | Complete draft Second Tuschen Declaration and circulate for comment. | L120 | MCL | 1.10 | $467.50 |

# WILLIAMS MULLEN

NORTH CAROLINA • VIRGINIA • WASHINGTON, D.C.

ESCIENCE AND TECHNOLOGY SOLUTIONS, INC.    AUGUST 11, 2014
Client: 068653    Invoice No: 872038
Matter: 0001

| DATE | DESCRIPTION | TASK | ATTY | HOURS | AMOUNT |
|------|-------------|------|------|-------|--------|
| 07/09/14 | Work on draft response in support of summary judgment motion. | L160 | MCL | 1.60 | $680.00 |
| 07/10/14 | Email correspondence with T. McAvoy about IA experience. | L110 | MCL | 0.10 | $42.50 |
| 07/10/14 | Review Yelverton Declaration and Tuschen Declaration and reply to A. Tuschen. | L120 | MCL | 0.20 | $85.00 |
| 07/10/14 | Complete and circulate initial draft of response brief. | L120 | MCL | 3.50 | $1,487.50 |
| 07/10/14 | Incorporate suggested edits and revise brief. | L120 | MCL | 1.00 | $425.00 |
| 07/10/14 | Review RLM's submission on NAICS appeal. | L120 | MCL | 0.10 | $42.50 |
| 07/10/14 | Research for Mr. Lord - pulled and sent copy of United Healthcare v. Richards, 3:96cv215, W.D.N.C. unpublished. | L120 | CVL | 0.10 | $15.00 |
| 07/11/14 | Check validity of legal authority cited. | L110 | MCL | 0.60 | $255.00 |
| 07/11/14 | Revisions to response brief and Tuschen Declaration. | L120 | MCL | 2.50 | $1,062.50 |
| 07/11/14 | Incorporate citations to record and declaration into supporting brief. | L120 | MCL | 0.90 | $382.50 |
| 07/11/14 | Research for Mr. Lord - ran brief through Lexis BriefCheck for negative history; retrieved full-text of a couple of cases as well. | L120 | CVL | 0.40 | $60.00 |
| 07/12/14 | Analyze plaintiff's reply brief. | L120 | MCL | 0.40 | $170.00 |
| 07/17/14 | Email correspondence about mediation date. | L120 | MCL | 0.10 | $42.50 |
| 07/17/14 | Work on response to RLM's motions to seal. | L120 | MCL | 1.90 | $807.50 |
| 07/17/14 | Email correspondence about mediation date. | L120 | MCL | 0.10 | $42.50 |

# WILLIAMS MULLEN

NORTH CAROLINA • VIRGINIA • WASHINGTON, D.C.

ESCIENCE AND TECHNOLOGY SOLUTIONS, INC.       AUGUST 11, 2014
Client: 068653       Invoice No: 872038
Matter: 0001

| DATE | DESCRIPTION | TASK | ATTY | HOURS | AMOUNT |
|------|-------------|------|------|-------|--------|
| 07/17/14 | Work on response to RLM's motion to seal. | L210 | MCL | 1.90 | $807.50 |
| 07/18/14 | Forward pleading under cover of status email. | L120 | MCL | 0.10 | $42.50 |
| 07/18/14 | Finalize response to plaintiff's motions to seal. | L210 | MCL | 0.60 | $255.00 |
| 07/23/14 | Confirmed mediation schedule and advise company representatives of details. | L120 | MCL | 0.10 | $42.50 |

REDACTED

# WILLIAMS MULLEN

NORTH CAROLINA • VIRGINIA • WASHINGTON, D.C.

ESCIENCE AND TECHNOLOGY SOLUTIONS, INC.  SEPTEMBER 12, 2014
Client: 068653                                                       Invoice No: 875764
Matter: 0001

FOR PROFESSIONAL SERVICES RENDERED

**ITEMIZED SERVICES BILL**

| DATE | DESCRIPTION | TASK | ATTY | HOURS | AMOUNT |
|------|-------------|------|------|-------|--------|
| 08/01/14 | Forward RLM's reply brief related to motions to seal. | L110 | MCL | 0.10 | $42.50 |
| 08/04/14 | Draft mediation statement. | L120 | MCL | 0.80 | $340.00 |
| 08/04/14 | Incorporate edits from Company representatives and sent to mediator. | L120 | MCL | 0.20 | $85.00 |
| 08/05/14 | Reviewed pleadings filed by RLM. | L120 | MCL | 0.10 | $42.50 |
| 08/05/14 | Ask plaintiff's counsel for clarification of proposed edits to its brief and supporting exhibits. | L120 | MCL | 0.10 | $42.50 |
| 08/06/14 | Reviewed edits to corrected brief and exhibits filed by plaintiff to determine need for a response. | L120 | MCL | 0.20 | $85.00 |
| 08/07/14 | Read plaintiff's mediation statement and forward to Company representatives. | L120 | MCL | 0.10 | $42.50 |
| 08/11/14 | Direct C. Powell to file deposition testimony of RLM's Rule 30(b)6 representative from second day. | L210 | MCL | 0.10 | $42.50 |
| 08/11/14 | Represent Company at mediation until recess. | L230 | MCL | 2.60 | $1,105.00 |
| 08/13/14 | Analyzed Order on plaintiff's motions to seal and advise company representatives of ruling. | L120 | MCL | 0.10 | $42.50 |
| 08/18/14 | Read dismissal of Glover action and related | L120 | MCL | 0.10 | $42.50 |

ESCIENCE AND TECHNOLOGY SOLUTIONS, INC.
Client: 068653
Matter: 0001

SEPTEMBER 12, 2014
Invoice No: 875764

| DATE | DESCRIPTION | TASK | ATTY | HOURS | AMOUNT |
|------|-------------|------|------|-------|--------|
|  | email correspondence. |  |  |  |  |
| 08/26/14 | Read email chains about NAICS code appeal and reply to M. McAvoy. | L120 | MCL | 0.20 | $85.00 |
| 08/26/14 | Reply to federal court's mediation coordinator. | L120 | MCL | 0.20 | $85.00 |
| 08/26/14 | Telephone conference with T. McAvoy. | L120 | MCL | 0.10 | $42.50 |
| 08/27/14 | Read email correspondence from Mediation Coordinator. | L120 | MCL | 0.10 | $42.50 |
| 08/27/14 | Ask plaintiff's counsel to declare impasse in mediation. | L120 | MCL | 0.10 | $42.50 |
| 08/29/14 | Reply to A. Tusche about status of decision. | L120 | MCL | 0.10 | $42.50 |

REDACTED

# WILLIAMS MULLEN

NORTH CAROLINA • VIRGINIA • WASHINGTON, D.C.

ESCIENCE AND TECHNOLOGY SOLUTIONS, INC.     OCTOBER 6, 2014
Client: 068653     Invoice No: 878014
Matter: 0001

FOR PROFESSIONAL SERVICES RENDERED

### ITEMIZED SERVICES BILL

| DATE | DESCRIPTION | TASK | ATTY | HOURS | AMOUNT |
|------|-------------|------|------|-------|--------|
| 09/08/14 | Analyze SBA decision on NAICS appeal. | L120 | MCL | 0.20 | $85.00 |
| 09/08/14 | Request Mediator declare an impasse to allow federal court to decide pending motions. | L120 | MCL | 0.30 | $127.50 |
| 09/08/14 | Draft notice about SBA decision and circulate for comment. | L120 | MCL | 0.30 | $127.50 |
| 09/08/14 | Incorporate T. McAvoy's suggested edit. | L120 | MCL | 0.10 | $42.50 |
| 09/09/14 | File Notice from NAICS appeal and circulate pleadings to T. McAvoy and A. Tuschen under cover email message. | L120 | MCL | 0.10 | $42.50 |
| 09/09/14 | Email correspondence about declaiming impasse at mediation. | L120 | MCL | 0.10 | $42.50 |
| 09/12/14 | Forward RLM's mediation position along with recommendation. | L120 | MCL | 0.10 | $42.50 |
| 09/12/14 | Reply to Mediator with defendants' settlement position. | L120 | MCL | 0.20 | $85.00 |
| 09/16/14 | Telephone conference with T. McAvoy. | L120 | MCL | 0.10 | $42.50 |
| 09/16/14 | Forward message from Mediator to T. McAvoy with proposed response. | L120 | MCL | 0.10 | $42.50 |
| 09/16/14 | Reply to Judge Eagles following telephone conference with T. McAvoy. | L120 | MCL | 0.10 | $42.50 |
| 09/17/14 | Report impasse to Court's Mediation | L120 | MCL | 0.10 | $42.50 |

# WILLIAMS MULLEN

NORTH CAROLINA • VIRGINIA • WASHINGTON, D.C.

ESCIENCE AND TECHNOLOGY SOLUTIONS, INC.  
Client: 068653  
Matter: 0001

OCTOBER 6, 2014  
Invoice No: 878014

| DATE | DESCRIPTION | TASK | ATTY | HOURS | AMOUNT |
|------|-------------|------|------|-------|--------|
| | coordinator. | | | | |
| 09/18/14 | Email correspondence about Mediator's decision to declare an impasse. | L120 | MCL | 0.10 | $42.50 |

REDACTED

# WILLIAMS MULLEN

NORTH CAROLINA • VIRGINIA • WASHINGTON, D.C.

ESCIENCE AND TECHNOLOGY SOLUTIONS, INC.
Client: 068653
Matter: 0001

NOVEMBER 14, 2014
Invoice No: 884888

FOR PROFESSIONAL SERVICES RENDERED

## ITEMIZED SERVICES BILL

| DATE | DESCRIPTION | TASK | ATTY | HOURS | AMOUNT |
|------|-------------|------|------|-------|--------|
| 11/05/14 | Draft suggestion of additional authority and circulate for comment after review of acquisition website. | L120 | MCL | 0.30 | $127.50 |
| 11/07/14 | Analyze Court's ruling on cross motions for summary judgment and assessment of attorney's fees for discovery dispute. | L120 | MCL | 0.70 | $297.50 |
| 11/07/14 | Telephone conference with Company representatives about order, its consequences and available options. | L120 | MCL | 0.40 | $170.00 |
| 11/07/14 | Circulate ruling under cover email message. | L120 | MCL | 0.10 | $42.50 |

REDACTED