UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| RLM COMMUNICATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:14-CV-250-FL |
| AMY E. TUSCHEN and ESCIENCE | ) | |
| AND TECHNOLOGY SOLUTIONS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion for summary judgment; plaintiff's motion for permanent injunction; and plaintiff's response to the court's order to show cause with respect to costs incurred in connection with defendants' motion to compel.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 7, 2014, and for the reasons set forth more specifically therein, that defendants' motion for summary judgment is granted; plaintiff's motion for permanent injunction is denied and the court orders plaintiff to pay defendants' reasonable costs in the amount of $3,068.50, pursuant to Federal Rule of Procedure 37(a)(5).

**This Judgment Filed and Entered on November 25, 2014, and Copies To:**

Jose A. Coker (via CM/ECF Notice of Electronic Filing)
R. Jonathan Charleston (via CM/ECF Notice of Electronic Filing)
Coy E. Brewer, Jr. (via CM/ECF Notice of Electronic Filing)
Dharmi B. Tailor (via CM/ECF Notice of Electronic Filing)
Michael C. Lord (via CM/ECF Notice of Electronic Filing)


November 25, 2014          JULIE A. RICHARDS, CLERK
                            /s/ Christa N. Baker
                           (By) Christa N. Baker, Deputy Clerk